# ELECTRONIC RECORD

**1442-14**
**1441-14**

COA # ___02-13-00402-CR___  OFFENSE: ___2___

STYLE: Rolando Bosquez v. The State of Texas  COUNTY: ___Tarrant___

COA DISPOSITION: ___AFFIRMED___  TRIAL COURT: ___371st District Court___

DATE: _09/25/14_  Publish: _YES_  TC CASE #: ___1331026D___


## IN THE COURT OF CRIMINAL APPEALS  **1441-14**
**1442-14**

STYLE: Rolando Bosquez v. The State of Texas  CCA #: _____

___APPELLANT'S___ Petition  CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

___REFUSED___  JUDGE: _____

DATE: _12/17/2014_  SIGNED: _____  PC: _____

JUDGE: _Per Curiam_  PUBLISH: _____  DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD